**Victor Manuel SILVA–
DIAZ, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

No. 07–71861.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 25, 2010.

Edgardo Quintanilla, Quintanilla Law
Firm, Inc., Sherman Oaks, CA, for Peti-
tioner.

Ronald E. Lefevre, Office of the District
Counsel, Department of Homeland Securi-
ty, San Francisco, CA, Arthur Leonid Ra-
bin, Francis William Fraser, I, Esquire,
Senior Litigation Counsel, Timothy Bo
Stanton, U.S. Department of Justice,
Washington, DC, for Respondent.

Before: FERNANDEZ, GOULD, and
M. SMITH, Circuit Judges.

MEMORANDUM **

Victor Manuel Silva–Diaz, a native and
citizen of Mexico, petitions for review of
the Board of Immigration Appeals'
("BIA") order dismissing his appeal from
an immigration judge's order denying his
motion to reopen. Our jurisdiction is gov-
erned by 8 U.S.C. § 1252. We review for
abuse of discretion the denial of a motion
to reopen. *Iturribarria v. INS,* 321 F.3d
889, 897 (9th Cir.2003). We deny in part
and dismiss in part the petition for review.

The BIA acted within its discretion
in denying as untimely Silva–Diaz's motion
to reopen because it was filed nine years
after his deportation order became final,
*see* 8 C.F.R. § 1003.2(c)(2), and he did not
show that he acted with the due diligence
required for equitable tolling, *see Singh v.
Gonzales,* 491 F.3d 1090, 1096–97 (9th Cir.
2007).

We lack jurisdiction to review the
agency's decision not to exercise its sua

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.

sponte power. *See Ekimian v. INS,* 303 F.3d 1153, 1159 (9th Cir.2002).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.